IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BROWSERKEY, LLC, | § | Case No. 2:24-cv-00800 |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| WELLS FARGO & CO., | § | |
| Defendant. | § | |

**PLAINTIFF'S RULE 7.1(a)(1) DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), BrowserKey, LLC states that its parent corporation is BrowserKey Inc., and that no publicly held corporation owns 10% or more of its stock.

Dated: October 2, 2024

Respectfully submitted,

/s/ Vincent J. Rubino, III
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Jacob Ostling
NY Bar No. 5684824
Email: jostling@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

**ATTORNEYS FOR PLAINTIFF
BROWSERKEY, LLC**

Case 2:24-cv-00800-JRG-RSP     Document 3     Filed 10/02/24     Page 2 of 3 PageID #: 32

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 2, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino, III
