# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BROWSERKEY, LLC, | § | Case No. 2:24-cv-00800-JRG-RSP |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| WELLS FARGO & CO., | § | |
| Defendant. | § | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Peter Lambrianakos, enters his appearance in this matter for Plaintiff BrowserKey, LLC for purposes of receiving notices and orders from the Court.

Dated: October 2, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Peter Lambrianakos*
　　　　　　　　　　　　　　　　　　　Peter Lambrianakos
　　　　　　　　　　　　　　　　　　　NY Bar No. 2894392
　　　　　　　　　　　　　　　　　　　Email: plambrianakos@fabricantllp.com
　　　　　　　　　　　　　　　　　　　**FABRICANT LLP**
　　　　　　　　　　　　　　　　　　　411 Theodore Fremd Avenue,
　　　　　　　　　　　　　　　　　　　Suite 206 South
　　　　　　　　　　　　　　　　　　　Rye, New York 10580
　　　　　　　　　　　　　　　　　　　Telephone: (212) 257-5797
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 257-5796

　　　　　　　　　　　　　　　　　　　***ATTORNEY FOR PLAINTIFF***
　　　　　　　　　　　　　　　　　　　***BROWSERKEY, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 2, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

<i>/s/ Peter Lambrianakos</i><br>
Peter Lambrianakos