# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC, | § Case No. 2:24-cv-00800-JRG-RSP |
| Plaintiff, | § **JURY TRIAL DEMANDED** |
| v. | § |
| WELLS FARGO & CO., | § |
| Defendant. | § |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Jacob Ostling enters his appearance in this matter for Plaintiff BrowserKey, LLC for purposes of receiving notices and orders from the Court.

Dated:  October 2, 2024

Respectfully submitted,

 /s/ *Jacob Ostling*
Jacob Ostling
NY Bar No. 5684824
Email: jostling@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEY FOR PLAINTIFF
BROWSERKEY, LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on October 2, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jacob Ostling*
Jacob Ostling