# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC, ) | |
| ) | Case No. 2:24-cv-00800-JRG-RSP |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| WELLS FARGO & CO., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

NOW COMES Kurt Truelove, of the Truelove Law Firm, PLLC, 100 West Houston, Marshall, Texas 75670, and enters an appearance as counsel of record for Plaintiff BrowserKey, LLC.

Mr. Truelove requests to receive notices from the Court on all issues related to this case.

DATED: October 28, 2024

                                              Respectfully submitted,

                                              */s/ Kurt Truelove*
                                              Justin Kurt Truelove
                                              TX State Bar No. 24013653

                                              **TRUELOVE LAW FIRM, PLLC**
                                              100 West Houston
                                              Marshall, Texas 75670
                                              903-938-8321
                                              903-215-8510 Fax
                                              kurt@truelovelawfirm.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service

*/s/ Kurt Truelove*