UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:24-cv-00800-JRG-RSP

Name of party requesting extension: Defendant, Wells Fargo & Co.

Is this the first application for extension of time in this case?   ✓ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 10/31/2024

Number of days requested:   ☐ 30 days
☐ 15 days
✓ Other 45 days

New Deadline Date: 01/06/2025   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Erik J. Halverson

State Bar No.: 333492CA

Firm Name: K&L Gates LLP

Address: 4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Phone: (415)882-8238

Fax: (415)882-8220

Email: erik.halverson@klgates.com

A certificate of conference does not need to be filed with this unopposed application.