IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>WELLS FARGO & CO.,<br><br>        Defendant. | Case No. 2:24-cv-00800-JRG-RSP |

### DEFENDANT'S RULE 7.1(a)(1) DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant Wells Fargo & Co. ("Wells Fargo") hereby states:

Wells Fargo is a publicly-held corporation. Wells Fargo has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated: November 20, 2024

Respectfully submitted,

*/s/ Erik J. Halverson*
Erik J. Halverson
Bar No. 333492CA
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8238
Fax: (415) 882-8220
erik.halverson@klgates.com

*Attorney for Defendant Wells Fargo & Co.*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Erik J. Halverson*
Erik J. Halverson
