# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BROWSERKEY, LLC, | § § § | Case No. 2:24-cv-00800-JRG-RSP |
| v. | § § | (Lead Case) |
| WELLS FARGO & CO. | § § § | |
| BANK OF AMERICA CORPORATION, | § § | Case No. 2:24-cv-00798-JRG-RSP (Member Case) |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, E. Danielle T. Williams, enters her appearance in this matter for Defendant Bank of America Corporation for purposes of receiving notices and orders from the Court.

Dated: December 6, 2024          Respectfully submitted,

*/s/ E. Danielle T. Williams*
E. Danielle T. Williams
North Carolina State Bar No.: 23283
Email: dwilliams@winston.com
WINSTON & STRAWN LLP
300 S. Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7790
Facsimile: (704) 350-7800

*Attorney for Defendant*
*  Bank of America Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 6, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ E. Danielle T. Williams*
E. Danielle T. Williams
