# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BROWSERKEY, LLC, | § § § | |
| | § | Case No. 2:24-cv-00800-JRG-RSP |
| v. | § | (Lead Case) |
| | § | |
| WELLS FARGO & CO. | § § § | |
| | | |
| BANK OF AMERICA CORPORATION, | § § | Case No. 2:24-cv-00798-JRG-RSP (Member Case) |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Christopher T. Gresalfi, enters his appearance in this matter for Defendant Bank of America Corporation for purposes of receiving notices and orders from the Court.

Dated: December 6, 2024.    Respectfully submitted,

*/s/ Christopher T. Gresalfi*
Christopher T. Gresalfi
New York State Bar No.: 5472121
Email: cgresalfi@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6852
Facsimile: (212) 294-4700

*Attorney for Defendant
 Bank of America Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 6, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>                                             */s/ Christopher T. Gresalfi*
>                                                Christoopher T. Gresalfi