# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BROWSERKEY, LLC, | § § § | |
| v. | § § | Case No. 2:24-cv-00800-JRG-RSP (Lead Case) |
| WELLS FARGO & CO. | § § § § | |
| BANK OF AMERICA CORPORATION, | § § | Case No. 2:24-cv-00798-JRG-RSP (Member Case) |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Brian L. O'Gara, enters his appearance in this matter for Defendant Bank of America Corporation for purposes of receiving notices and orders from the Court.

Dated: December 6, 2024.                    Respectfully submitted,

*/s/ Brian L. O'Gara*
Brian L. O'Gara
Illinois State Bar No.: 6342669
Email: bogara@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-8773
Facsimile: (312) 558-5700

*Attorney for Defendant*
 *Bank of America Corporation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 6, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                */s/ Brian L. O'Gara*
                                                Brian L. O'Gara