# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC, § § § v. § § WELLS FARGO & CO. § § § | Case No. 2:24-cv-00800-JRG-RSP (Lead Case) |
| BANK OF AMERICA CORPORATION, § § | Case No. 2:24-cv-00798-JRG-RSP (Member Case) |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Michelle Toro, enters her appearance in this matter for Defendant Bank of America Corporation for purposes of receiving notices and orders from the Court.

Dated: December 9, 2024

Respectfully submitted,

/s/ Michelle Toro
Michelle Toro
Texas State Bar No.: 24137246
Email: mtoro@winston.com
WINSTON & STRAWN LLP
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Telephone: (713) 621-2716
Facsimile: (713) 651-2700

*Attorney for Defendant
Bank of America Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 9, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Michelle Toro*
Michelle Toro