UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 2:24-CV-00800-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| BROWSERKEY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | Case No. 2:24-CV-00798-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**BANK OF AMERICA CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Bank of America Corporation hereby states the following:

Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation. Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

1

| | |
|---|---|
| Date: December 12, 2024 | Respectfully submitted,<br><br> /s/ *Dustin J. Edwards*<br>Dustin J. Edwards<br>Texas State Bar No. 24042335<br>Email: DEdwards@winston.com<br>Olivia A. Wogon<br>Texas State Bar No. 24137299<br>Email: OWogon@winston.com<br>Michelle N. Toro<br>Texas State Bar No. 24137246<br>Email: MToro@winston.com<br>**WINSTON & STRAWN LLP**<br>800 Capitol St., Suite 2400<br>Houston, TX  77002-5242<br>Phone: (713) 651-2600<br>Fax: (713) 651-2700<br>Email: DEdwards@winston.com<br><br>E. Danielle T. Williams<br>North Carolina Bar No. 23283<br>Email: DWilliams@winston.com<br>Richard H. Quarles<br>North Carolina Bar No. 60684<br>Email: RQuarles@winston.com<br>**WINSTON & STRAWN LLP**<br>300 S. Tryon Street, 16th Floor<br>Charlotte, NC  28202<br>Phone: (704) 350-7700<br>Fax: (704) 350-7800<br><br>Christopher T. Gresalfi<br>New York Bar No. 5472121 (PHV)<br>Email: CGresalfi@winston.com<br>**WINSTON & STRAWN LLP**<br>200 Park Avenue<br>New York, NY 10166-4193<br>Phone: (212) 294-6700<br>Fax: (212) 294-4700<br><br>Steven R. Laxton<br>Texas State Bar No. 24120639<br>Email: slaxton@winston.com<br>**WINSTON & STRAWN LLP**<br>2121 N. Pearl Street, Suite 900<br>Dallas, TX 75201 |

Phone: (214) 453-6500
Fax: (214) 453-6400

Brian L. O'Gara
Illinois State Bar No. 6342669
Email: bogara@winston.com
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Phone: (312) 558-5600
Fax: (312) 558-5700

***ATTORNEYS FOR DEFENDANT,
BANK OF AMERICA CORPORATION***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document was served on all counsel of record via the Court's ECF system on December 12, 2024.

                                         /s/ *Dustin J. Edwards*
                                         Dustin J. Edwards