# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BROWSERKEY, LLC, | § § § | Case No. 2:24-cv-00800-JRG-RSP |
| Plaintiff, | § § | (Lead Case) |
| v. | § § | |
| WELLS FARGO & CO., | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff BrowserKey, LLC and Defendant Wells Fargo & Co.'s Joint Motion to Substitute Party. **Dkt. No. 26**. In the Motion, the parties seek to substitute Wells Fargo Bank, N.A. for Wells Fargo & Co.. Having considered the Motion, the Court finds that the Motion should be and hereby is **GRANTED**.

Therefore it is **ORDERED** that Wells Fargo Bank, N.A. replace Wells Fargo & Co. as the defendant in the above-captioned case, and that all claims against Wells Fargo & Co. are DISMISSED WITHOUT PREJUDICE.

**SIGNED this 13th day of December, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE