# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BROWSERKEY, LLC, | § | Case No. 2:24-cv-00800-JRG-RSP |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| WELLS FARGO & CO., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Joint Motion for an Extension of Time for Plaintiff to Oppose Defendant Bank of America Corporation's Motion to Dismiss or, in the Alternative, Motion for a More Definite Statement (Dkt. No. 24) and for Defendant to file its Reply to the Motion. **Dkt. No. 28**. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED.**

Therefore, it is **ORDERED** that Plaintiff's deadline to file its Opposition to the Motion is hereby extended until January 9, 2025, and Defendant's deadline to file its Reply is hereby extended until January 23, 2025.

**SIGNED this 30th day of December, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE