# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | Case No. 2:24-CV-00800-JRG-RSP<br>(Lead Case) |
| BROWSERKEY, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:24-CV-00798-JRG-RSP<br>(Member Case) |

**DEFENDANT WELLS FARGO BANK, N.A.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") provides the following corporate disclosure statement. Wells Fargo is a wholly-owned subsidiary of WFC Holdings, LLC, which is a wholly-owned subsidiary of Wells Fargo & Company. Wells Fargo & Company has no parent corporation. No publicly held corporation owns 10% or more of Wells Fargo & Company's stock.

Date: January 9, 2025

Respectfully submitted,

*/s/ Vincent J. Galluzzo*
Vincent J. Galluzzo
Bar No. 86472FL
**K&L GATES LLP**
300 S. Tryon St. Suite 1000
Charlotte, NC 28202
Tel.: (704) 331-7400
vincent.galluzzo@klgates.com
Lead Counsel for Defendant

Erik J. Halverson
Bar No. 333492CA
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8238
Fax: (415) 882-8220
erik.halverson@klgates.com

***ATTORNEYS FOR DEFENDANT WELLS FARGO BANK, N.A***.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's CM/ECF system on all counsel of record on this 9th day of January 2025.

*/s/ Vincent J. Galluzzo*
Vincent J. Galluzzo