# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 2:24-CV-00800-JRF-RSP<br>         (Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| BROWSERKEY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>    Defendant. | Case No. 2:24-CV-00798-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Kyle Lee Dockendorf, enters his appearance in this matter for Defendant Bank of America Corporation for purposes of receiving notices and orders from the Court.

Dated: January 15, 2025.                     Respectfully submitted,

                                            */s/ Kyle Lee Dockendorf*
                                            Kyle Lee Dockendorf
                                            Texas State Bar No.: 24136811
                                            Email: kdockendorf@winston.com
                                            WINSTON & STRAWN LLP
                                            2121 N. Pearl Street, Suite 900
                                            Dallas, TX 75201
                                            Telephone: (214) 296-9837
                                            Facsimile: (214) 453-6400
                                            *Attorney for Defendant*
                                              *Bank of America Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 15, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Kyle Lee Dockendorf*
Kyle Lee Dockendorf
