IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC, § § § Plaintiff, § § v. § § WELLS FARGO & CO., § § Defendant. § | Case No. 2:24-cv-00800-JRG-RSP (Lead Case) |

## ORDER

Before the Court is the Unopposed Motion to Withdraw as Attorney Steven R. Laxton. **Dkt. No. 36**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Steven R. Laxton is hereby withdrawn as counsel of record in this case and terminated from electronic notifications in connection with the above-captioned matter.

**SIGNED this 15th day of January, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE