# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>  Defendant. | Case No. 2:24-CV-00800-JRG-RSP<br>   (Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| BROWSERKEY, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>  Defendants. | Case No. 2:24-CV-00798-JRG-RSP<br>   (Member Case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Dustin J. Edwards, enters his appearance in this matter for Defendants Bank of America National Association and Merrill Lynch, Pierce, Fenner & Smith, Incorporated for purposes of receiving notices and orders from the Court.

Dated: January 17, 2025                    Respectfully submitted,

                             */s/ Dustin J. Edwards*
                             Dustin J. Edwards
                             Texas State Bar No.: 24042335
                             Email: dedwards@winston.com
                             WINSTON & STRAWN LLP

800 Capital Street, Suite 2400
Houston, TX 77002-2925
Telephone: (713) 621-2627
Facsimile: (713) 651-2700

*Attorney for Defendants*
 *Bank of America Corporation*
*Bank of America National Association and*
*Merrill Lynch, Pierce, Fenner & Smith, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 17, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                   */s/ Dustin J. Edwards*
                                                    Dustin J. Edwards