# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC,<br><br>　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　Defendant. | Case No. 2:24-CV-00800-JRG-RSP<br>　(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| BROWSERKEY, LLC,<br><br>　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>　Defendants. | Case No. 2:24-CV-00798-JRG-RSP<br>　(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Richard Quarles, enters his appearance in this matter for Defendants Bank of America National Association and Merrill Lynch, Pierce, Fenner & Smith, Incorporated for purposes of receiving notices and orders from the Court.

Dated: January 17, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Richard Quarles*
　　　　　　　　　　　　　　　　　　　　　Richard Quarles
　　　　　　　　　　　　　　　　　　　　　North Carolina State Bar No.: 60684
　　　　　　　　　　　　　　　　　　　　　Email: rquarles@winston.com
　　　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP

300 S. Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7728
Facsimile: (707) 350-7800

*Attorney for Defendants*
 *Bank of America Corporation*
*Bank of America National Association and*
*Merrill Lynch, Pierce, Fenner & Smith, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 17, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Richard Quarles*
Richard Quarles
