# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 2:24-CV-00800-JRG-RSP<br>        (Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| BROWSERKEY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>    Defendants. | Case No. 2:24-CV-00798-JRG-RSP<br>        (Member Case)<br><br>**JURY TRIAL DEMANDED** |

## **NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that the undersigned attorney, Michelle Toro, enters her appearance in this matter for Defendants Bank of America National Association and Merrill Lynch, Pierce, Fenner & Smith, Incorporated for purposes of receiving notices and orders from the Court.

Dated: January 17, 2025                Respectfully submitted,

                                            */s/ Michelle Toro*
                                            Michelle Toro
                                            Texas State Bar No.: 24137246
                                            Email: mtoro@winston.com
                                            WINSTON & STRAWN LLP

800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Telephone: (713) 621-2716
Facsimile: (713) 651-2700

*Attorney for Defendants*
 *Bank of America Corporation*
*Bank of America National Association and*
*Merrill Lynch, Pierce, Fenner & Smith, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 17, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Michelle Toro*
Michelle Toro
