# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>  Defendant. | Case No. 2:24-CV-00800-JRG-RSP<br>    (Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| BROWSERKEY, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>  Defendants. | Case No. 2:24-CV-00798-JRG-RSP<br>    (Member Case)<br><br>**JURY TRIAL DEMANDED** |

## **NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that the undersigned attorney, Olivia A. Wogon, enters her appearance in this matter for Defendants Bank of America National Association and Merrill Lynch, Pierce, Fenner & Smith, Incorporated for purposes of receiving notices and orders from the Court.

Dated: January 17, 2025

Respectfully submitted,

/s/ Olivia A. Wogon
Olivia A. Wogon
Texas State Bar No.: 24137299
Email: owogon@winston.com
WINSTON & STRAWN LLP

800 Capital Street, Suite 2400
Houston, TX 77002-2925
Telephone: (713) 621-2743
Facsimile: (713) 651-2700

*Attorney for Defendants*
 *Bank of America Corporation*
*Bank of America National Association and*
*Merrill Lynch, Pierce, Fenner & Smith, Inc.*

Case 2:24-cv-00800-JRG-RSP   Document 45   Filed 01/17/25   Page 3 of 3 PageID #: 271

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 17, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Olivia A. Wogon*
Olivia A. Wogon
