# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> WELLS FARGO & CO., § <br> § <br> Defendant. § | Case No. 2:24-cv-00800-JRG-RSP <br> (Lead Case) |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time for Defendant Bank of America Corporation to Answer or Otherwise Respond to Plaintiff BrowserKey, LLC's First Amended Complaint (Dkt. No. 34) filed by Defendant Bank of America Corporation. **Dkt. No. 47**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that the deadline for Defendant Bank of America Corporation to respond to Plaintiff's First Amended Complaint (Dkt. No. 34) is extended to February 5, 2025.

**SIGNED this 20th day of January, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE