# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>          Defendant. | Case No. 2:24-cv-00800-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| BROWSERKEY, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>          Defendants. | Case No. 2:24-cv-00798-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Nathan Fuller, enters his appearance in this matter for Defendant Wells Fargo Bank, N.A., for purposes of receiving notices and orders from the Court.

Dated: January 23, 2025                                  Respectfully submitted,

                                                                  */s/ Nathan Fuller*
                                                                  Nathan Fuller
                                                                  Bar No. 6338992IL
                                                                  **K&L GATES LLP**

70 W. Madison Street, Suite 3100
Chicago, IL 60602
Tel.: (312) 807-4313
nathan.fuller@klgates.com

*Attorney for Defendant Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's CM/ECF system on all counsel of record on this 23rd day of January 2025.

*/s/ Nathan Fuller*
Nathan Fuller