# EXHIBIT D

| | Notice of References Cited | Application/Control No.<br>12/845,881 | Applicant(s)/Patent Under Reexamination<br>TODD, PAUL H. | |
|---|---|---|---|---|
| | | Examiner<br>Dorianne Alvarado-David | Art Unit<br>2436 | Page 1 of 3 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-7,865,950 | 01-2011 | Lipetz, Daniel | 726/19 |
| * | B | US-2008/0301781 | 12-2008 | Ferrara et al. | 726/4 |
| * | C | US-2006/0053125 | 03-2006 | Scott, Kelly W. | 707/100 |
| * | D | US-2004/0068517 | 04-2004 | Scott, Kelly W. | 707/104.1 |
| * | E | US-8,204,900 | 06-2012 | Gatton et al. | 707/769 |
| * | F | US-7,756,816 | 07-2010 | Scott, Kelly W. | 1/1 |
| * | G | US-2012/0179962 | 07-2012 | Hendricks et al. | 715/273 |
| * | H | US-2011/0055898 | 03-2011 | Jou et al. | 726/3 |
| * | I | US-2003/0208562 | 11-2003 | Hauck et al. | 709/219 |
| * | J | US-6,546,392 | 04-2003 | Bahlmann, Bruce F. | 1/1 |
| * | K | US-2010/0064375 | 03-2010 | Gorczowski et al. | 726/28 |
| * | L | US-7,249,262 | 07-2007 | Hauck et al. | 713/184 |
| * | M | US-2005/0109834 | 05-2005 | Grindel et al. | 235/379 |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| **Notice of References Cited** | | 12/845,881 | TODD, PAUL H. |
| | | Examiner | Art Unit | Page 2 of 3 |
| | | Dorianne Alvarado-David | 2436 | |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2001/0054153 | 12-2001 | Wheeler et al. | 713/185 |
| * | B | US-2009/0259588 | 10-2009 | Lindsay, Jeffrey Dean | 705/40 |
| * | C | US-2007/0250920 | 10-2007 | Lindsay, Jeffrey Dean | 726/7 |
| * | D | US-7,992,008 | 08-2011 | Ashok et al. | 713/183 |
| * | E | US-7,904,716 | 03-2011 | Dokuni, Kenji | 713/168 |
| * | F | US-2009/0064285 | 03-2009 | TAKAHASHI, Noriyasu | 726/4 |
| * | G | US-2012/0090037 | 04-2012 | Levit, Grigory | 726/28 |
| * | H | US-2008/0196090 | 08-2008 | Baron et al. | 726/5 |
| * | I | US-2005/0114673 | 05-2005 | Raikar et al. | 713/182 |
| * | J | US-2008/0320310 | 12-2008 | Florencio et al. | 713/184 |
| * | K | US-8,060,932 | 11-2011 | Mohammed et al. | 726/21 |
| * | L | US-2008/0109898 | 05-2008 | Mohammed et al. | 726/21 |
| * | M | US-2009/0199294 | 08-2009 | Schneider, James P. | 726/18 |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)   **Notice of References Cited**   Part of Paper No. 20120921

|  |  | Application/Control No. | Applicant(s)/Patent Under Reexamination |  |
|---|---|---|---|---|
| **Notice of References Cited** | | 12/845,881 | TODD, PAUL H. | |
|  |  | Examiner | Art Unit | Page 3 of 3 |
|  |  | Dorianne Alvarado-David | 2436 |  |

**U.S. PATENT DOCUMENTS**

| * |  | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2005/0144482 | 06-2005 | Anuszewski, David | 713/201 |
| * | B | US-2002/0032781 | 03-2002 | Yoshida et al. | 709/228 |
| * | C | US-2011/0283138 | 11-2011 | Sangubhatla et al. | 714/15 |
| * | D | US-2010/0162401 | 06-2010 | Sakaki, Hiroshi | 726/25 |
| * | E | US-2008/0183717 | 07-2008 | Singh et al. | 707/10 |
|  | F | US- |  |  |  |
|  | G | US- |  |  |  |
|  | H | US- |  |  |  |
|  | I | US- |  |  |  |
|  | J | US- |  |  |  |
|  | K | US- |  |  |  |
|  | L | US- |  |  |  |
|  | M | US- |  |  |  |

**FOREIGN PATENT DOCUMENTS**

| * |  | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
|  | N |  |  |  |  |  |
|  | O |  |  |  |  |  |
|  | P |  |  |  |  |  |
|  | Q |  |  |  |  |  |
|  | R |  |  |  |  |  |
|  | S |  |  |  |  |  |
|  | T |  |  |  |  |  |

**NON-PATENT DOCUMENTS**

| * |  | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
|  | U |  |
|  | V |  |
|  | W |  |
|  | X |  |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.