# EXHIBIT H

| Substitute for form 1449/PTO (Revised 07/2005) | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | Application Number | 13/030,597 |
| | | | Filing Date | February 18, 2011 |
| | | | First Named Inventor | Erik Stephen Ross |
| | | | Group Art Unit | 2197 |
| | | | Examiner Name | Hang Pan |
| **Sheet** | 1 | of 2 | Attorney Docket Number | 4375US1.014033.1116 |

| U. S. PATENT DOCUMENTS | | | | |
|---|---|---|---|---|
| Examiner Initials* | Cite No. | Document Number<br>Number - Kind Code (if known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages of Relevant Figures Appear |
| | 1. | US-2005/0037735 A1 | 02-17-2005 | Coutts | |
| | 2. | US-2010/0325202 A1 | 12-23-2010 | Rehtijarvi | |
| | 3. | US-2010/0161467 A1 | 06-24-2010 | Ageenko et al. | |
| | 4. | US-2008/0046868 A1 | 02-21-2008 | Tsantilis | |
| | 5. | US-2009/0313619 A1 | 12-17-2009 | Parthasarathy et al. | |
| | 6. | US-2011/0112950 A1 | 05-12-2011 | Haggerty et al. | |
| | 7. | US-2003/0208562 A1 | 11-06-2003 | Hauck et al. | |
| | 8. | US-2001/0034618 A1 | 10-25-2001 | Kessler et al. | |
| | 9. | US-2002/0023108 A1 | 02-21-2002 | Daswani et al. | |
| | 10. | US-2010/0010908 | 01-14-2010 | Pasupulati et al. | |
| | 11. | US-2011/0107103 | 05-05-2001 | Dehaan et al. | |
| | 12. | US-8,280,787 | 10-02-2012 | Gandhi | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

CHAR2\1552139v1

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Substitute for form 1449/PTO (Revised 07/2005) | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | | Application Number | 13/030,597 |
| | | | | Filing Date | February 18, 2011 |
| | | | | First Named Inventor | Erik Stephen Ross |
| | | | | Group Art Unit | 2197 |
| | | | | Examiner Name | Hang Pan |
| Sheet | 2 | of | 2 | Attorney Docket Number | 4375US1.014033.1116 |

| FOREIGN PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No. | Foreign Patent Document  Country Code - Number  Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | English Language Translation Attached |
| | 13. | WO 03/069534 A2 | 08-21-2003 | Emler | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| OTHER DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | English Language Translation Attached |
| | 14. | International Preliminary Report on Patentability with Written Opinion for corresponding International Application No. PCT/US2012/025494 dated August 21, 2013; 6 pages. | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

CHAR2\1552139v1

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.