## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC, | |
|     Plaintiff, | Case No. 2:24-CV-00800-JRG-RSP |
| | (Lead Case) |
|     v. | |
| | **JURY TRIAL DEMANDED** |
| WELLS FARGO BANK, N.A., | |
|     Defendant. | |
| BROWSERKEY, LLC, | |
|     Plaintiff, | Case No. 2:24-CV-00798-JRG-RSP |
| | (Member Case) |
|     v. | |
| | **JURY TRIAL DEMANDED** |
| BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION, and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | |
|     Defendants. | |

## ORDER GRANTING BANK OF AMERICA DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Before the Court is Defendants Bank of America Corporation ("BAC"), Bank of America, National Association ("BANA"), and Merrill Lynch, Pierce, Fenner & Smith Incorporated's ("Merrill") (collectively, "Bank of America Defendants") Motion to Dismiss Plaintiff's Amended Complaint (the "Motion"). In the Motion, Bank of America Defendants request that the Court dismiss BrowserKey, LLC's ("BrowserKey") Amended Complaint (Dkt. 34) in its entirety with prejudice for failure to state a claim.

Having considered the Motion, the Court finds that Bank of America Defendants' request to dismiss BrowserKey's Amended Complaint should be and hereby is **GRANTED**. **IT IS ORDERED** that BrowserKey's Amended Complaint is dismissed with prejudice for failure to state a claim.

.