# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC, | § Case No. 2:24-cv-00800-JRG-RSP |
| | § (Lead Case) |
| Plaintiff, | § |
| | § **JURY TRIAL DEMANDED** |
| v. | § |
| | § |
| WELLS FARGO BANK N.A., | § |
| | § |
| Defendant. | § |
| | § |

## PLAINTIFF BROWSERKEY, LLC'S NOTICE OF
## COMPLIANCE WITH SERVICE OF INITIAL DISCLOSURES

Plaintiff BrowserKey LLC ("Plaintiff") respectfully notifies the Court that it has complied with the Docket Control Order (Dkt. 55) in this case by serving its Initial Disclosures on all counsel of record for Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), via electronic mail on February 11, 2025.

Dated:  February 11, 2025

Respectfully submitted,

*/s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Jacob Ostling
NY Bar No. 5684824
Email: jostling@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580

Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
State Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510
Email: kurt@truelovelawfirm.com

***ATTORNEYS FOR PLAINTIFF
BROWSERKEY LLC***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that, on February 11, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

<u>*/s/ Vincent J. Rubino, III*</u>
Vincent J. Rubino, III