# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>  Defendant. | Case No. 2:24-CV-00800-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| BROWSERKEY, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION, and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED<br><br>  Defendants. | Case No. 2:24-CV-00798-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## BANK OF AMERICA DEFENDANTS' NOTICE OF COMPLIANCE WITH SERVICE OF INITIAL AND ADDITIONAL DISCLOSURES

Defendants Bank of America Corporation, Bank of America, N.A., Merrill Lynch, Pierce, Fenner & Smith Incorporated respectfully notify the Court that they have complied with the Docket Control Order (Dkt. 55) in this case by serving their Initial and Additional Disclosures on all counsel of record for Plaintiff BrowserKey LLC, via electronic mail on February 11, 2025.

Dated: February 11, 2025

Respectfully submitted,

 */s/ Dustin J. Edwards*

Dustin J. Edwards
Texas State Bar No. 24042335
Email: DEdwards@winston.com
Olivia A. Wogon
Texas State Bar No. 24137299
Email: OWogon@winston.com
Michelle N. Toro
Texas State Bar No. 24137246
Email: MToro@winston.com
**WINSTON & STRAWN LLP**
800 Capitol St., Suite 2400
Houston, TX  77002-5242
Phone: (713) 651-2600
Facsimile: (713) 651-2700

E. Danielle T. Williams
North Carolina Bar No. 23283
Email: DWilliams@winston.com
Richard H. Quarles
North Carolina Bar No. 60684
Email: RQuarles@winston.com
**WINSTON & STRAWN LLP**
300 S. Tryon Street, 16th Floor
Charlotte, NC  28202
Phone: (704) 350-7700
Facsimile: (704) 350-7800

Christopher T. Gresalfi
New York Bar No. 5472121 (PHV)
Email: CGresalfi@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Phone: (212) 294-6700
Facsimile: (212) 294-4700

Kyle Lee Dockendorf
Texas State Bar No.: 24136811
Email: KDockendorf@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Phone: (214) 453-6500

Facsimile: (214)453-6400

Brian L. O'Gara
Illinois State Bar No. 6342669
Email: BOGara@winston.com
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Phone: (312) 558-5600
Facsimile: (312) 558-5700

*Counsel for Defendants,*
*Bank of America Corporation,*
*Bank of America, N.A., and*
*Merrill Lynch, Pierce, Fenner & Smith, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on February 11, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/<i>s/ Dustin J. Edwards</i><br>Dustin J. Edwards