# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO & CO.,<br><br>  Defendant. | Case No. 2:24-CV-00800-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| BROWSERKEY, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA CORPORATION,<br><br>  Defendant. | Case No. 2:24-CV-00798-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**BANK OF AMERICA DEFENDANTS' AMENDED AND SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Bank of America Corporation ("BAC"), Bank of America, N.A. ("BANA"), and Merrill Lynch, Pierce, Fenner & Smith Inc. ("Merrill") (collectively, "Bank of America Defendants") make the following corporate disclosure statements.

BAC is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation. Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, there is currently no publicly held corporation that owns greater than 10% of BAC's outstanding common stock.

BANA is wholly owned by BAC North America Holding Company ("BACNAH"). BACNAH is a direct, wholly owned subsidiary of NB Holdings Corporation ("NB Holdings). NB Holdings is a direct, wholly owned subsidiary of BAC. BAC is a publicly held company whose shares are traded on the New York Stock Exchange. BAC has no parent company and no publicly held corporation owns more than 10% of BAC's shares.

Merrill is wholly owned by BACNAH. BACNAH is a direct, wholly owned subsidiary of NB Holdings. NB Holdings is a direct, wholly owned subsidiary of BAC. BAC is a publicly held company whose shares are traded on the New York Stock Exchange. BAC has no parent company and no publicly held corporation owns more than 10% of BAC's shares.

Dated: February 19, 2025                                         Respectfully submitted,

                                                                    By:    */s/ Dustin J. Edwards*
Dustin J. Edwards
Texas State Bar No.: 24042335
Email: DEdwards@winston.com
Olivia A. Wogon
Texas State Bar No.: 24137299
Email: OWogon@winston.com
Michelle N. Toro
Texas State Bar No.: 24137246
Email: MToro@winston.com
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Phone: (713) 651-2600
Facsimile: (713) 651-2700

E. Danielle T. Williams
North Carolina State Bar No.: 23283
Email: DWilliams@winston.com
Richard H. Quarles
North Carolina State Bar No.: 60684
Email: RQuarles@winston.com
**WINSTON & STRAWN LLP**
300 South Tryon Street, 16th Floor

Charlotte, NC 28202
Phone: (704) 350-7700
Facsimile: (704) 350-7800

Christopher T. Gresalfi
New York State Bar No.: 5472121
Email: CGresalfi@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Phone: (212) 294-6700
Facsimile: (212) 294-4700

Kyle Lee Dockendorf
Texas State Bar No.: 24136811
Email: KDockendorf@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Phone: (214) 453-6500
Facsimile: (214) 453-6400

Brian L. O'Gara
IL State Bar No.: 6342669
Email: BOGara@winston.com
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Phone: (312) 558.5600
Facsimile: (312) 558.5700

*Counsel for Defendants,*
*Bank of America Corporation,*
*Bank of America, N.A., and*
*Merrill Lynch, Pierce, Fenner & Smith, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document was served on all counsel of record via the Court's ECF system on February 19, 2025.

                                                 */s/ Dustin J. Edwards*
                                                 Dustin J. Edwards