# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | Case No. 2:24-cv-00800-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| BROWSERKEY, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br>BANK OF AMERICA, NATIONAL<br>ASSOCIATION, and<br>MERRILL LYNCH, PIERCE, FENNER &<br>SMITH INCORPORATED,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00798-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff BrowserKey, LLC ("BrowserKey" or "Plaintiff") hereby gives notice that the above-captioned action, including all of Plaintiff's claims therein, against Defendants Bank of America Corporation, Bank of America, National Association, and Merrill Lynch, Pierce, Fenner & Smith Incorporated (collectively, "Bank of America Defendants") is voluntarily dismissed **WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney's fees.

Dated: May 16, 2025

Respectfully submitted,

/s/ *Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Jacob Ostling
NY Bar No. 5684824
Email: jostling@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF BROWSERKEY, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 16, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                    */s/ Vincent J. Rubino, III*
                                                    Vincent J. Rubino, III