# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BROWSERKEY, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>WELLS FARGO BANK, N.A., BANK OF AMERICA, NATIONAL ASSOCIATION, and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>*Defendants.* | § § § § § § § § § § § § | CASE NO. 2:24-CV-800-JRG-RSP<br>(Lead Case) |
| BROWSERKEY, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>*Defendant.* | § § § § § § § § § § | CASE NO. 2:24-CV-798-JRG-RSP<br>(Member Case) |

## **ORDER**

Before the Court is the Notice of Voluntary Dismissal with Prejudice filed by Plaintiff BrowserKey, LLC. (Dkt. No. 71.) In the Notice, Plaintiff represents that the above-captioned member case is voluntarily dismissed with prejudice and that all claims against Bank of America, National Association and Merrill Lynch, Pierce, Fenner & Smith Incorporated in the lead case are also voluntarily dismissed with prejudice. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned member case as well as all claims against Bank of America, National Association and Merrill Lynch, Pierce, Fenner & Smith Incorporated in the lead case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned cases as to Defendants Bank

of America, National Association and Merrill Lynch, Pierce, Fenner & Smith Incorporated not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned lead case as parties and claims remain.

**So ORDERED and SIGNED this 22nd day of May, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE