IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BROWSERKEY, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> *Defendant*. | § § § § § § § § | Case No. 2:24-cv-800-JRG-RSP <br> (Lead Case) |
| BROWSERKEY, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED <br><br> *Defendants*. | § § § § § § § § § § § § § | Case No. 2:24-cv-798-JRG-RSP <br> (Member Case) |

## **ORDER**

Before the Court is the Unopposed Motion for Clarification filed by Defendants Bank of America Corporation; Bank of America, National Association; and Merrill Lynch, Pierce, Fenner, & Smith Inc. (Dkt. No. 73). In the Motion, Defendants seek clarification regarding a recently filed Notice of Voluntary Dismissal (Dkt. No. 71) and the corresponding Orders by the Court in the above-captioned Lead Case (No. 2:24-cv-800-JRG-RSP, Dkt. No. 72), and the above-captioned Member Case (No. 2:24-cv-798-JRG-RSP, Dkt. No. 17). Having reviewed the relevant filings, the Court hereby **GRANTS** the Motion and clarifies as follows:

1. The Court clarifies that Bank of America Corporation; Bank of America, National Association; and Merrill Lynch, Pierce, Fenner & Smith Incorporated are Defendants in the above-captioned Member Case (No. 2:24-cv-798-JRG-RSP); and

2. The Court amends the language in the body of the Order Accepting the Notice of Voluntary Dismissal in the Lead Case No. 2:24-cv-800-JRG-RSP (Dkt. No. 72), as well as the Order Accepting the Notice of Voluntary Dismissal in the Member Case No. 2:24-cv-798-JRG-RSP (Dkt. No. 17), as follows:

"Before the Court is the Notice of Voluntary Dismissal filed by BrowserKey, LLC. (Dkt. No. 71). In the Notice, Plaintiff represents that the above-captioned Member Case is voluntarily dismissed with prejudice. (*Id.* at 1).

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned Member Case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned Member Case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned Lead Case as parties and claims remain."

**So Ordered this**

**Jun 3, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE