# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO & CO.,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-00800<br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. Rule of Civ. P. 41(a)(1)(A)(i), Plaintiff BrowserKey LLC hereby voluntarily dismisses all claims with prejudice against Defendants Wells Fargo & Co. Each Party will bear its own costs, expenses, and attorneys' fees.

Dated: October 16, 2025

Respectfully submitted,

　/s/ Vincent J. Rubino, III　
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Jacob Ostling
NY Bar No. 5684824
Email: jostling@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

**ATTORNEYS FOR PLAINTIFF
BROWSERKEY INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 16, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Vincent J. Rubino, III
Vincent J. Rubino, III
